No. 01–173. IN RE DAVIS. Petition for writ of prohibition denied.

No. 00–1781. OAKLAND HOUSING AUTHORITY ET AL. *v.* RUCKER ET AL. C. A. 9th Cir. Certiorari granted, case consolidated with No. 00–1770, *Department of Housing and Urban Development* v. *Rucker et al.* [certiorari granted, 533 U. S. 976], and a total of one hour allotted for oral argument. JUSTICE BREYER took no part in the consideration or decision of this petition and this order.

No. 00–1393. CO-STEEL RARITAN *v.* NEW JERSEY BOARD OF PUBLIC UTILITIES. Sup. Ct. N. J. Certiorari denied.

No. 00–1506. CASH AMERICA INTERNATIONAL, INC., ET AL. *v.* SPARKS. Sup. Ct. Ala. Certiorari denied.

No. 00–1526. GARCIA CISNEROS *v.* UNITED STATES; and
No. 00–9419. MAREK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 238 F. 3d 310.

No. 00–1534. NEWELL RECYCLING CO., INC. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. 5th Cir. Certiorari denied.

No. 00–1545. BIELFELDT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 00–1556. FEJES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–1558. SELDOWITZ *v.* OFFICE OF INSPECTOR GENERAL, DEPARTMENT OF STATE. C. A. 4th Cir. Certiorari denied.

No. 00–1561. GODON *v.* NORTH CAROLINA CRIME CONTROL AND PUBLIC SAFETY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1571. WALKER *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.